
FILED IN OPEN COURT
ON 2-13-13 BG
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-MJ-1012

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER FOR DISMISSAL |
| v. ) | WITHOUT PREJUDICE |
| ) | |
| STEVEN C. LADLEY ) | |
| ) | |

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: Mr Ladley took corrective action to remedy his registration violation and successfully appealed his loss of driving privileges aboard the Air Station - which was the underlying basis for the trespass

SCOTT W. ISEMAN
Special Assistant US Attorney
Criminal Division
Joint Law center
PSC Box 8007
MCAS Cherry Point, NC 28533
252-466-6457

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This the 13 day of February, 2013.

United States Magistrate Judge